1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (93249)
2  ROBERT BURCHFIEL, Sr. Deputy City Attorney (112318)
   Office of the City Attorney
3  151 West Mission Street
   San Jose, California  95110
4  Telephone: (408) 277-4454
   E-Mail Address:  cao.main@sanjoseca.gov
5
   Attorneys for Defendants,
6  OFFICER HERNANDEZ, OFFICER ESTRADA,
   THOMAS WHEATLEY, CITY OF SAN JOSE
7

8                         UNITED STATES DISTRICT COURT

9                            COUNTY OF SANTA CLARA

10                              SAN JOSE DIVISION

11

12                                                    *E-FILED - 6/28/05*
    ALFREDO BARAJAS; MARCO
13  HERNANDEZ,                                  Case Number:  C-05-01934 RMW

14                    Plaintiff(s),             **STIPULATION AND
                                                ORDER EXTENDING TIME FOR
15            v.                                DEFENDANTS' RESPONSIVE
                                                PLEADING**
16  OFFICER HERNANDEZ, BADGE NO.
    2538, individually and in his capacity as a
17  San José police officer; OFFICER
    ESTRADA, BADGE NO. 1978, individually
18  and in his capacity as a San José police
    officer; JOHN DOE and RICHARD ROE,
19  individually and in their capacities as police
    officers for the City of San José, the identify
20  and number of whom are unknown to
    plaintiff; THOMAS WHEATLEY, individually
21  and in his capacity as acting chief of police
    for the City of San José; CITY OF
22  SAN JOSÉ; LA CUMBRE ENTERPRISES,
    INC. D.B.A. CLUB CARIBE, DOES 1
23  through 50,

24                    Defendant(s).

25

26       **IT IS HEREBY STIPULATED** by and between the parties hereto, through their

27  respective counsel, that the time for Defendants to file their responsive pleadings to the

28

1  Complaint, on file herein, otherwise set for June 7, 2005, shall be extended up to and
2  including July 7, 2005.
3  Dated: 6/13/2005                    RICHARD DOYLE, City Attorney
4
5                                      By:       //
                                           ROBERT BURCHFIEL
6                                          Senior Deputy City Attorney
7                                      Attorneys for Defendants
8
9  Dated: 6/13/2005                    LAW OFFICES OF ANTHONY BOSKOVICH
10
11                                     By:       //
                                           ANTHONY BOSKOVICH
12                                     Attorneys for Plaintiffs
13
14
                        **O R D E R**
15
16     **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendants are
17 hereby granted an extension of time to file their responsive pleading to the Complaint, on
18 tile herein, up and to including July 7, 2005.
19 Dated: ___June 17_____ 2005
20                                         /s/ Ronald M. Whyte
                                           RONALD M. WHYTE
21                                         UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28