Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiffs

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 9/29/05*

| | |
|---|---|
| ALFREDO BARAJAS; MARCO HERNANDEZ, Plaintiffs, v. OFFICER HERNANDEZ, BADGE NO. 2538, individually and in his capacity as a San Jose police officer; OFFICER ESTRADA, BADGE NO. 1978, individually and in his capacity as a San Jose police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as police officers for the City of San Jose, the identity and number of whom are unknown to plaintiff; THOMAS WHEATLEY, individually and in his capacity as acting chief of police for the City of San Jose; CITY OF SAN JOSE; LA CUMBRE ENTERPRISES, INC. D.B.A. CLUB CARIBE; DOES 1 through 50, Defendants. | No. C 05-01934 RMW<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date: September 30, 2005<br>Time: ~~x:xx p.m.~~ 10:30 am<br>Judge: Honorable Ronald M. Whyte |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, after contacting the court for approval and having met and conferred regarding the respective calendars of counsel, the Case Management Conference shall be continued

---

Case No. C 05-01934 RMW
Stipulation and Order to Continue CMC                                                                                    Page 1

1 until November 18, 2005. This continuance is necessitated as defendants Hernandez and Estrada's
2 time to answer has not expired.

4 Dated: September 26, 2005     LAW OFFICES OF ANTHONY BOSKOVICH

ANTHONY BOSKOVICH
Attorney for Plaintiffs

OFFICE OF THE CITY ATTORNEY

8 Dated: 9/26/05

ROBERT BURCHFIEL
Senior Deputy City Attorney
Attorney for Defendant City of San Jose

14 **GOOD CAUSE APPEARING, IT IS ORDERED** that the Case Management Conference
15 currently scheduled for September 30, 2005 be continued until November 18, 2005.

18 Dated: 9/29/05

/s/ Ronald M. Whyte

Ronald M. Whyte
Judge of the United Stated District Court

27 Case No. C 05-01934 RMW
28 Stipulation and Order to Continue CMC     Page 2

Law Offices of Anthony Boskovich, 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150