**LEWIS BRISBOIS BISGAARD & SMITH LLP**
NORINE M. BUSSER, SB# 143363
JOHN A. TOAL, SB# 194041
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
Email: busser@lbbslaw.com
toal@lbbslaw.com

Attorneys for Defendants OFFICER HERNANDEZ and OFFICER ESTRADA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ALFREDO BARAJAS; MARCO HERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> OFFICER HERNANDEZ, BADGE NO. 2538, individually and in his capacity as a San Jose police officer; OFFICER ESTRADA, BADGE NO. 1978, individually and in his capacity as a San Jose police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as police officers for the City of San Jose, the identity and number of whom are unknown to plaintiff; THOMAS WHEATLEY, individually and in his capacity as acting chief of police for the City of San Jose; CITY OF SAN JOSE; LA CUMBRE ENTERPRISES, INC. D.B.A. CLUB CARIBE; DOES 1 through 50, <br><br> Defendants. | CASE NO. C05-1934-HRL <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Date: November 18, 2005 <br> Time: 10:30 a.m. <br><br> Honorable Ronald M. Whyte |

IT IS HEREBY STIPULATED by the parties to this action, by and through their undersigned attorneys of record, that the Case Management Conference in this matter currently scheduled for Friday, November 18, 2005 shall be continued to

-1-
STIPULATION TO CONTINUE CMC

4813-3706-5472.1

1  January 6, 2006 at 10:30 a.m. or to a date thereafter convenient to the court's
2  calendar.
3      The continuance is necessary because defendants Officer Hernandez and
4  Officer Estrada, and La Cumbre Enterprises, Inc. dba Club Caribe only recently
5  filed answers to plaintiffs' complaint and the parties have not yet had an adequate
6  opportunity to meet and confer regarding case management.

8  IT IS SO STIPULATED:

9  DATED: November __, 2005    LAW OFFICES OF ANTHONY BOSKOVICH

         By _____
            Anthony Boskovich
            Attorneys for Plaintiffs ALFREDO BARAJAS
            and MARCO HERNANDEZ

15 DATED: November ___, 2005   OFFICE OF THE CITY ATTORNEY

         By _____
            Robert Burchfiel
            Attorneys for Defendant CITY OF SAN JOSE

20 DATED: November 17, 2005    LEWIS BRISBOIS BISGAARD & SMITH LLP

         By _____
            Norine M. Busser
            Attorneys for Defendants OFFICER
            HERNANDEZ and OFFICER ESTRADA

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4813-3706-5472.1                    -2-
                         STIPULATION TO CONTINUE CMC

1  January 6, 2006 at 10:30 a.m. or to a date thereafter convenient to the court's
2  calendar.
3  The continuance is necessary because defendants Officer Hernandez and
4  Officer Estrada, and La Cumbre Enterprises, Inc. dba Club Caribe only recently
5  filed answers to plaintiffs' complaint and the parties have not yet had an adequate
6  opportunity to meet and confer regarding case management.

8  IT IS SO STIPULATED:

9  DATED: November ___, 2005    LAW OFFICES OF ANTHONY BOSKOVICH

12  By_____
    Anthony Boskovich
13  Attorneys for Plaintiffs ALFREDO BARAJAS
    and MARCO HERNANDEZ

15  DATED: November 17, 2005    OFFICE OF THE CITY ATTORNEY

17  By_____
    Robert Burchfiel
18  Attorneys for Defendant CITY OF SAN JOSE

20  DATED: November ___, 2005    LEWIS BRISBOIS BISGAARD & SMITH LLP

22  By_____
    Norine M. Busser
23  Attorneys for Defendants OFFICER
    HERNANDEZ and OFFICER ESTRADA

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 362-2580

1  DATED: November 16, 2005   LONG & LEVIT LLP

         By _____
              Beth Trittipo
              Attorneys for Defendant LA CUMBRE
              ENTERPRISES, INC. dba CLUB CARIBE

GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that the Case Management Conference currently scheduled for November 18, 2005 be continued to January 6, 2006.

DATED: 11/17/05

              _____
              Ronald M. Whyte
              United States District Court Judge

-3-
STIPULATION TO CONTINUE CMC