**United States District Court**
For the Northern District of California

1

2

3

4                                                    *E-FILED ON 1/19/06*

5

6

7                                          NOT FOR CITATION

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                        SAN JOSE DIVISION

11   ALFREDO BARAJAS and MARCO                    No. C05-01934 RMW (HRL)
     HERNANDEZ,
12                                                **ORDER SETTING BRIEFING**
                    Plaintiffs,                   **SCHEDULE RE PLAINTIFFS' MOTION**
13        v.                                      **TO FILE AMENDED COMPLAINT**

14   OFFICER HERNANDEZ, BADGE NO. 2538;
     OFFICER ESTRADA, BADGE NO. 1978;
15   JOHN DOE, RICHARD ROE, THOMAS
     WHEATLEY, CITY OF SAN JOSE, LA
16   CUMBRE ENTERPRISES, INC. d.b.a. CLUB
     CARIBE; DOES 1-50,
17
                    Defendants.
18
     _____/
19

20          Plaintiffs' "Motion to File Amended Complaint And to Add Party" has been referred to

21   the undersigned for disposition.  This court is informed that (1) defendants Hernandez, Estrada

22   and the City of San Jose stipulate to the filing of the amended pleading; and (2) defendant Club

23   Caribe intends to file a response to the motion.  Plaintiffs apparently were given leave to file

24   their motion on shortened time.  Insofar as no deadlines for responsive papers have yet been set,

25   IT IS ORDERED THAT:

26          1.      Defendant Club Caribe's response shall be filed no later than **Monday, January**

27   **23, 2006**.

28          2.      Plaintiffs' reply (if any) shall be filed no later than **Wednesday, January 25,**
     **2006**.

1    3.    This court is currently inclined to take the matter under submission on the papers

2    without oral argument.  If, after review of the parties' papers, the court determines that a

3    hearing is necessary, it will provide advance notice to the parties.

4    IT IS SO ORDERED.

5    Dated:  January 19, 2006

6                                                    _/s/ Howard R. Lloyd_____

7                                                    HOWARD R. LLOYD
     UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

5:05-cv-1934 Notice will be electronically mailed to:

Anthony Boskovich policemisconduct@compuserve.com

Robert Baker Burchfiel CAO.Main@ci.sj.ca.us

Irene K. Yesowitch iyesowitch@longlevit.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.