1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   PEGGY S. DOYLE, SB# 176483
2  JOHN A. TOAL, SB# 194041
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendants
   OFFICER HERNANDEZ and
6  OFFICER ESTRADA

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 9/20/06*

| | |
|---|---|
| ALFREDO BARAJAS; MARCO HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICER HERNANDEZ, BADGE NO. 2538, individually and in his capacity as a San Jose police officer; OFFICER ESTRADA, BADGE NO. 1978, individually and in his capacity as a San Jose police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as police officers for the City of San Jose, the identity and number of whom are unknown to plaintiff; THOMAS WHEATLEY, individually and in his capacity as acting chief of police for the City of San Jose; CITY OF SAN JOSE; LA CUMBRE ENTERPRISES, INC. dba CLUB CARIBE; MARIA PEREZ d.b.a. TRINE'S CAFÉ; DOES 2 through 50<br><br>Defendants. | CASE NO. **C-05-01934**-RMW<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel of record, that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

///

///

| | |
|---|---|
| 1 | **IT IS SO STIPULATED** |

DATED: August 5, 2006    LAW OFFICE OF ANTHONY BOSKOVICH

By _/s/ Anthony Boskovich_
Anthony Boskovich
Attorneys for Plaintiffs

DATED: July ___, 2006    CITY OF SAN JOSE

By _____
Robert Burchfiel
Sr. Deputy City Attorney
Attorneys for Defendant CITY OF SAN JOSE

DATED: July ___, 2006    LONG & LEVIT LLP

By _____
Beth A. Trittipo
Attorney for Defendant LA CUMBRE
ENTERPRISES, INC. dba CLUB CARIBE

DATED: July ___, 2006    LAW OFFICE OF JUSTIN JAMES

By _____
Justin James
Attorney for Defendant MARIA PEREZ dba
TRINE'S CAFÉ

DATED: ~~July~~ aug 30, 2006    LEWIS BRISBOIS BISGAARD & SMITH LLP

By _/s/ Peggy S. Doyle_
Peggy S. Doyle
Attorneys for Defendants OFFICER
HERNANDEZ and OFFICER ESTRADA

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4843-3889-8689.1                                    -2-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION

IT IS SO STIPULATED

DATED: July ___, 2006          LAW OFFICE OF ANTHONY BOSKOVICH

By _____
Anthony Boskovich
Attorneys for Plaintiffs

DATED: July 31, 2006           CITY OF SAN JOSE

By /s/ Robert Burchfiel
Robert Burchfiel
Sr. Deputy City Attorney
Attorneys for Defendant CITY OF SAN JOSE

DATED: July ___, 2006          LONG & LEVIT LLP

By _____
Beth A. Trittipo
Attorney for Defendant LA CUMBRE
ENTERPRISES, INC. dba CLUB CARIBE

DATED: July ___, 2006          LAW OFFICE OF JUSTIN JAMES

By _____
Justin James
Attorney for Defendant MARIA PEREZ dba
TRINE'S CAFE

DATED: July ___, 2006          LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Peggy S. Doyle
Attorneys for Defendants OFFICER
HERNANDEZ and OFFICER ESTRADA

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4843-3889-8689.1

-2-

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION

IT IS SO STIPULATED

DATED: August ___, 2006          LAW OFFICE OF ANTHONY BOSKOVICH

By _____
Anthony Boskovich
Attorneys for Plaintiffs

DATED: July ___, 2006            CITY OF SAN JOSE

By _____
Robert Burchfiel
Sr. Deputy City Attorney
Attorneys for Defendant CITY OF SAN JOSE

DATED: ~~July~~ August 2~~7~~, 2006         LONG & LEVIT LLP

By _/s/ Beth Trittipo_____
Beth A. Trittipo
Attorney for Defendant LA CUMBRE
ENTERPRISES, INC. dba CLUB CARIBE

DATED: July ___, 2006            LAW OFFICE OF JUSTIN JAMES

By _____
Justin James
Attorney for Defendant MARIA PEREZ dba
TRINE'S CAFÉ

DATED: July ___, 2006            LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Peggy S. Doyle
Attorneys for Defendants OFFICER
HERNANDEZ and OFFICER ESTRADA

---

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4843-3889-8689.1

-2-

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION

**IT IS SO STIPULATED**

DATED: July ___, 2006

LAW OFFICE OF ANTHONY BOSKOVICH

By ______________________
Anthony Boskovich
Attorneys for Plaintiffs

DATED: July ___, 2006

CITY OF SAN JOSE

By ______________________
Robert Burchfiel
Sr. Deputy City Attorney
Attorneys for Defendant CITY OF SAN JOSE

DATED: July ___, 2006

LONG & LEVIT LLP

By ______________________
Beth A. Trittipo
Attorney for Defendant LA CUMBRE ENTERPRISES, INC. dba CLUB CARIBE

DATED: July 31, 2006

LAW OFFICE OF JUSTIN JAMES

By ______________________
Justin James
Attorney for Defendant MARIA PEREZ dba TRINE'S CAFÉ

DATED: July ___, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP

By ______________________
Peggy S. Doyle
Attorneys for Defendants OFFICER HERNANDEZ and OFFICER ESTRADA

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

DATED: __9/20_____, 2006

/S/ RONALD M. WHYTE
HONORABLE RONALD M. WHYTE
Judge of the United States District Court

# PROOF OF SERVICE
*Barajas v. Hernandez* - Northen District of California Court Case No. C-05-01934

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is One Sansome Street, Suite 1400, San Francisco, California 94104.

    On this date, I served the following document described as

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

*SEE ATTACHED SERVICE LIST*

[ ]    (BY FACSIMILE) The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a record of the transmission.

[X]    (BY MAIL, 1013a, 2015.5 C.C.P.)

    [ ]    I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

    [X]    I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on September 6, 2006, at San Francisco, California.

Anna Lisa Villanueva

4834-5439-8464.1